

FILED
CLERK, US DISTRICT COURT

JUL 3 1 2003

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION       BY DEPUTY

Priority
Send
Clsd
Enter
JS-5/JS-6
JS-2/JS-3
Scan Only

ENTERED

JUL 3 1 2003

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

DEP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DANIEL O'BRIEN, DBA
OBRIEN TELCOM, a sole
proprietorship,

                    Plaintiff,

     v

CITY OF TWENTY NINE
PALMS, a Local public
entity, et al ,

                    Defendants.

Case No. EDCV 02-1039-
VAP(SGLx)

**FINAL JUDGMENT**

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

     Pursuant to the Order filed herewith, IT IS ORDERED
AND ADJUDGED that the Defendants' motion to summary
judgment is granted.  The Court orders that such judgment
be entered.

Dated  July 31, 2003

                         VIRGINIA A  PHILLIPS
                         United States District Judge

ENTER ON ICMS

JUL 3 1 2003